RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA




JUN 2 1 2016

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN WILLIAM LIEBA II, <br><br> Defendant. | CR 16- 51 -GF-BMM <br><br> **INDICTMENT** <br><br> **KIDNAPPING OF AN INDIVIDUAL UNDER 18** <br> (Count I) <br> Title 18 U.S.C. §§ 1153(a), 1201(a), and 3559(f)(2) <br> (Penalty: Mandatory minimum 25 years to life imprisonment, $250,000 fine, and not less than five years to life supervised release) <br><br> **AGGRAVATED SEXUAL ABUSE** <br> (Count II) <br> Title 18 U.S.C. §§ 1153(a) and 2241(c) <br> (Penalty: Mandatory minimum 30 years to life imprisonment, $250,000 fine, and not less than five years to life supervised release) |

|  | ASSAULT RESULTING IN SERIOUS BODILY INJURY ON AN INDIVIDUAL UNDER 18 (Count III) Title 18 U.S.C. §§ 1153(a), 113(a)(6), and 3559(f)(3) (Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, and five years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on, about, or between February 26, 2016, through February 27, 2016, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JOHN WILLIAM LIEBA II, an Indian person, intentionally and unlawfully seized, confined, inveigled, kidnapped, abducted, carried away, and held M.L. for ransom, reward, and otherwise, in violation of 18 U.S.C. §§ 1153(a), 1201(a), and 3559(f)(2).

At the time of the offense, M.L. had not yet attained the age of 18 years old.

## COUNT II

That on, about, or between February 26, 2016, through February 27, 2016, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JOHN WILLIAM LIEBA II, an Indian person, knowingly engaged in a sexual act with M.L., and at the time of the sexual act, M.L. had not yet reached

2

twelve years of age, in violation of 18 U.S.C. §§ 1153(a) and 2241(c).

COUNT III

That on, about, or between February 26, 2016, through February 27, 2016, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JOHN WILLIAM LIEBA II, an Indian person, intentionally assaulted M.L., said assault being a crime of violence and resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a), 113(a)(6), and 3559(f)(3).

At the time of the offense, M.L. had not yet attained the age of 18 years old.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

/s/ MICHAEL W. COTTER
MICHAEL W. COTTER
United States Attorney

/s/ JOSEPH E. THAGGARD
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons: ✓
Warrant: ✓
Bail: ___

3